JOSEPHINE WARD *v.* ALICE WARD AND TRUSTEE.

January Term, 1917.

Present: MUNSON, C. J., WATSON, HASELTON, POWERS, and TAYLOR, JJ.

Opinion filed January 18, 1917.

*Trial—Improper Argument—Disclosure of Trustee.*

The disclosure of a trustee, though filed in the case, is no part of evidence, and a reference to its contents, made by counsel for

plaintiff during argument to the jury, is wholly unwarranted and, upon exception taken, requires a reversal.

CONTRACT. Plea, the general issue. Trial by jury at the June Term, Addison County, *Miles,* J., presiding. Verdict and judgment for the plaintiff. The defendant excepted. The opinion states the case.

*Ira H. LaFleur* for the defendant.

*L. C. Russell* and *James B. Donoway* for the plaintiff.

POWERS, J. During his argument, counsel for the plaintiff told the jury that the disclosure of the trustee showed the sum of $1,300 in the Burlington Savings Bank to the defendant's credit. This was excepted to and requires a reversal. The disclosure of the trustee, though filed in the case, was no part of the evidence, and reference to its contents was wholly unwarranted. *Blaisdell* v. *Davis,* 72 Vt. 295, 48 Atl. 14; *Drown* v. *Oderkirk,* 89 Vt. 484, 96 Atl. 11. A reference to a defendant's financial condition is one naturally prejudicial to his case, and we have no doubt that it had this effect in the case before us.

*Reversed and remanded.*